FREDERICK CORRELL et al., Appellants, *v.* WILLIAM LAUTER-
BACH, Respondent.

*Correll* v. *Lauterbach,* 12 App. Div. 531, affirmed.
(Argued May 8, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
December 24, 1896, affirming a judgment in favor of defend-
ant entered upon a decision of the court on trial at Special
Term.

*David B. Ogden* and *Abram I. Elkus* for appellants.

*Ferdinand R. Minrath, George Hoadly, Abraham L.
Jacobs* and *Samuel F. Jacobs* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur

---

PAUL G. DECKER, Respondent, *v.* JOHN E. O'BRIEN.
Appellant.

*Decker* v. *O'Brien,* 1 App. Div. 81, affirmed.
(Argued May 8, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
February 4, 1896, upon an order affirming a judgment of the
late Court of Common Pleas for the city and county of New
York in favor of plaintiff, entered upon the report of a referee.

*Daniel Daly* for appellant.

*John Jeroloman* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.